IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SURFACIDE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SKYTRON, LLC,<br><br>      Defendant. | C.A. No. 1:18-cv-00360-CFC<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

As provided under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Surfacide LLC and Defendant Skytron LLC stipulate and agree that the above-captioned action, including all claims and affirmative defenses, is dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 6, 2019

/s/ *Anne Shea Gaza*                                             /s/ *Jack B. Blumenfeld*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Jack B. Blumenfeld (#1014)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |
| Of Counsel: | Of Counsel: |
| **ROBINS KAPLAN LLP**<br>Cyrus A. Morton<br>800 LaSalle Avenue, Suite 2800 | **WARNER NORCROSS + JUDD LLP**<br>R. Michael Azzi<br>900 Fifth Third Center |

1

Minneapolis, MN 55402
(612) 349-8500

*Attorneys for Plaintiff Surfacide, LLC*

111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
(616) 752-2000

*Attorneys for Defendant Skytron, LLC*

SO ORDERED this 7th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

01:24574640.1

2